**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John Margotti** | Social Security number or ITIN   xxx–xx–0710 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Marcie Margotti** | Social Security number or ITIN   xxx–xx–1706 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   **14–28372–MBK**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Margotti                     Marcie Margotti

3/9/20                            **By the court:** Michael B. Kaplan
                                  United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-28372-MBK
John Margotti                                                       Chapter 13
Marcie Margotti
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Mar 09, 2020
                             Form ID: 3180W        Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
```
db/jdb       +John Margotti,   Marcie Margotti,   6 Country Road,   Jackson, NJ 08527-3300
cr           +Nationstar Mortgage LLC,   Robertson Anschutz & Schneid, P.L.,   6409 Congress Ave., Suite 100,
              Boca Raton,, FL 33487,   UNITED STATES 33487-2853
515034431    +American Express,   Attn Anthony Migliaccio,,   PO Box 278,   Ramsey, NJ 07446-0278
515034436     Best Buy Credit Services,   PO Box 183195,   Columbus, OH 43218-3195
515034455    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Home Depot Credit Services,   PO Box 182676,
              Columbus, OH 43218-2676)
515034439    +Chase,   PO Box 24696,   Columbus, OH 43224-0696
515098795    +Citizens Bank, f/k/a RBS Citizens NA,   443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
515034440     Comenity,   Attn: Enhanced Recovery Company,   PO Box 23870,   Jacksonville, FL 32241-3870
515034447    +Federal Loan Servicing,   PO Box 69184,   Harrisubrg, PA 17106-9184
515034448     First National Bank,   PO Box 2557,   Omaha, NE 68103-2557
518527923     Goldman Sachs Mortgage Company,   P.O. Box 10826,   Greenville, SC  29603-0826
518527923     Goldman Sachs Mortgage Company,   P.O. Box 10826,   Greenville, SC  29603-0826,
              Goldman Sachs Mortgage Company,   P.O. Box 10826,   Greenville, SC  29603-0826
515084564    +Hyundai Lease Titling Trust,   PO Box 20825,   Fountain Valley, CA 92728-0825
515200164    +JPMORGAN CHASE BANK, N.A.,   CASE RECORDS CENTER,   ATTN: CORRESPONDENCE MAIL,
              MAIL CODE LA4-5555,   700 KANSAS LANE,   MONROE, LA 71203-4774
515034458    +KIA Motors Finance,   PO Box 20815,   Fountain Valley, CA 92728-0815
515034459    +Lexus FSB,   PO Box 108,   Mason, OH 45040-0108
515034462    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,   POB 619096,   Dallas, TX  75216-9741)
515184853    +Nationstar Mortgage LLC,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
              Mountainside, NJ 07092-2315
515085275    ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
              (address filed with court: First National Bank of Omaha,   1620 Dodge Street,   Stop Code 3105,
              Omaha Ne 68197)
515034463    +RBS Citizens,   480 Jefferson Blvd,   Warwick RI 02886-1359
515098705    +RBS Citizens NA,   443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
515518747    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Department of the Treasury,
              Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
515085927    +TD BANK USA, N.A.,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
515034467     TD Bank,   PO Box 16027,   Lewiston, ME 04243-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:47   U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515034432     EDI: AMEREXPR.COM Mar 10 2020 03:33:00   American Express,   PO Box 1270,
              Newark, NJ 07101-1270
515093968     EDI: BECKLEE.COM Mar 10 2020 03:33:00   American Express Centurion Bank,
              c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515034434     EDI: BANKAMER.COM Mar 10 2020 03:33:00   Bank of America,   PO Box 15019,
              Wilmington, DE 19886-5019
515034430     EDI: BANKAMER.COM Mar 10 2020 03:33:00   AAA Financial Services,   PO Box 15019,
              Wilmington, DE 19886-5019
515034441     EDI: WFNNB.COM Mar 10 2020 03:33:00   Comenity,   Bankruptcy Department,   PO Box 182125,
              Columbus, OH 43218-2125
515034444     EDI: CRFRSTNA.COM Mar 10 2020 03:33:00   Credit First,   PO Box 81344,
              Cleveland, OH 44188-0344
515192264    +EDI: CRFRSTNA.COM Mar 10 2020 03:33:00   Credit First NA,   PO Box 818011,
              Cleveland, OH 44181-8011
515060554    +EDI: TSYS2.COM Mar 10 2020 03:33:00   Department Stores National Bank/Macys,
              Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
515034445    +EDI: DISCOVER.COM Mar 10 2020 03:33:00   Discover,   PO Box 71084,   Charlotte, NC 28272-1084
515044422     EDI: DISCOVER.COM Mar 10 2020 03:33:00   Discover Bank,   DB Servicing Corporation,
              PO Box 3025,   New Albany, OH  43054-3025
515034449    +EDI: RMSC.COM Mar 10 2020 03:33:00   GE Money Bank,   Bankruptcy Dept,   PO Box 103104,
              Roswell, GA 30076-9104
515034457     EDI: IRS.COM Mar 10 2020 03:33:00   Internal Revenue Service,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
515034437     EDI: JPMORGANCHASE Mar 10 2020 03:33:00   Chase,   PO Box 15153,   Wilmington, DE 19886-5153
515034460     EDI: TSYS2.COM Mar 10 2020 03:33:00   Macys,   PO Box 183083,   Columbus, OH 43218-3083
515234475     EDI: PRA.COM Mar 10 2020 03:33:00   Portfolio Recovery Associates, LLC,
              c/o American Eagle Outfitters, Inc. VISA,   POB 41067,   Norfolk VA 23541
515223799     EDI: PRA.COM Mar 10 2020 03:33:00   Portfolio Recovery Associates, LLC,   c/o Banana Republic,
              POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Mar 09, 2020
                             Form ID: 3180W            Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
515184765       EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates, LLC,    c/o Best Buy,
                POB 41067,   Norfolk VA 23541
515223722       EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates, LLC,    c/o Gap,
                POB 41067,   Norfolk VA 23541
515223802       EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,
                POB 41067,   Norfolk VA 23541
515223736       EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                POB 41067,   Norfolk VA 23541
515228326       EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates, LLC,    c/o Sams Club,
                POB 41067,   Norfolk VA 23541
515189824       EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates, LLC,
                c/o Sears Gold Mastercard,   POB 41067,   Norfolk VA 23541
515208266       EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates, LLC,
                c/o Sears Premier Card,   POB 41067,   Norfolk VA 23541
515234459       EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates, LLC,    c/o THE HOME DEPOT,
                POB 41067,   Norfolk VA 23541
515049017       EDI: Q3G.COM Mar 10 2020 03:33:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,   Kirkland, WA  98083-0788
515034464      +EDI: SEARS.COM Mar 10 2020 03:33:00        Sears,   PO Box 6282,   Sioux Falls, SD 57117-6282
515034468       EDI: TFSR.COM Mar 10 2020 03:33:00      Toyota Motor Credit,    4 Gatehall Drive Ste 350,
                Parsippany, NJ 07054
515034466       EDI: WTRRNBANK.COM Mar 10 2020 03:33:00       Target Card Services,   P.O. Box 660170,
                Dallas, TX. 75266-0170
515270481       EDI: BL-TOYOTA.COM Mar 10 2020 03:33:00       Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
515176106       EDI: WFFC.COM Mar 10 2020 03:33:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                Des Moines, IA 50306-0438
515034469       EDI: WFFC.COM Mar 10 2020 03:33:00      Wells Fargo Financial National Bank,    PO Box 660431,
                Dallas, TX 75266-0431
                                                                                           TOTAL: 33

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage, LLC
515034433*      American Express,   PO Box 1270,   Newark, NJ 07101-1270
515152161*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515034435*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019)
515034456*     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,   PO Box 182676,
                Columbus, OH 43218-2676)
515098797*     +Citizens Bank f/k/a RBS Citizens,NA,    443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
515034442*      Comenity,   Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
515034443*      Comenity,   Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
515034446*     +Discover,   PO Box 71084,   Charlotte, NC 28272-1084
515034450*     +GE Money Bank,   Bankruptcy Dept,   PO Box 103104,   Roswell, GA 30076-9104
515034451*     +GE Money Bank,   Bankruptcy Dept,   PO Box 103104,   Roswell, GA 30076-9104
515034452*     +GE Money Bank,   Bankruptcy Dept,   PO Box 103104,   Roswell, GA 30076-9104
515034453*     +GE Money Bank,   Bankruptcy Dept,   PO Box 103104,   Roswell, GA 30076-9104
515034454*     +GE Money Bank,   Bankruptcy Dept,   PO Box 103104,   Roswell, GA 30076-9104
515034438*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
                (address filed with court: Chase,   PO Box 15153,   Wilmington, DE 19886-5153)
515034461*      Macys,   PO Box 183083,   Columbus, OH 43218-3083
515234476*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   c/o THE HOME DEPOT,
                POB 41067,   Norfolk VA 23541)
515034465*     +Sears,   PO Box 6282,   Sioux Falls, SD 57117-6282
                                                                               TOTALS: 1, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                              Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 3 of 3          Date Rcvd: Mar 09, 2020
                             Form ID: 3180W            Total Noticed: 57

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Brian C. Nicholas   on behalf of Creditor   Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Charles G. Wohlrab   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           cwohlrab@LOGS.com,  njbankruptcynotifications@logs.com
          Charles G. Wohlrab   on behalf of Creditor   Nationstar Mortgage LLC cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          James J. Cerbone   on behalf of Debtor John  Margotti cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone   on behalf of Joint Debtor Marcie  Margotti cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          R. A. Lebron   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Sindi  Mncina   on behalf of Creditor   Nationstar Mortgage LLC smncina@rascrane.com
                                                                                        TOTAL: 11